1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | DENNISE D. WILLETT **JS-3**
Assistant United States Attorney
3 | Chief, Santa Ana Branch Office
AMANDA LISKAMM (282233)
4 | Assistant United States Attorney
    Ronald Reagan Federal Bldg. & U.S. Dist. Courthouse
5 |     411 W. Fourth St., 8th Floor
    Santa Ana, California 92701
6 |     Telephone: (714) 338-3547
    Facsimile: (714) 338-3708
7 |     E-mail: Amanda.Liskamm@usdoj.gov

8 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SA 11-435-M |
| Plaintiff, | ORDER |
| v. | |
| MITCHELL ALEX TUOMI, | |
| Defendant. | |

Based upon the government's motion to dismiss the complaint filed on August 29, 2011, which charged a violation of Title 18, United States Code, Section 1073, good cause appearing thereon, IT IS HEREBY ORDERED, that the government's motion to dismiss the complaint without prejudice is granted pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: January 30, 2013

_____
UNITED STATES MAGISTRATE JUDGE
JEAN P. ROSENBLUTH